UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                              Case No. 8:16-cr-258-T-17AEP

BASSAM SAED

## FORFEITURE MONEY JUDGMENT

The United States moves pursuant to 18 U.S.C. § 981(a)(1)(C), 28
U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure,
for a forfeiture money judgment against the defendant in the amount of
$51,838.91, representing the amount of proceeds obtained as a result of the
wire fraud scheme charged in Counts Three and Thirty of the Indictment.

The defendant pleaded guilty to a wire fraud scheme, in violation of 18
U.S.C. § 1343 as charged in Counts Three and Thirty of the Indictment, and
the Court accepted his plea and adjudged him guilty.  Being fully advised of
the relevant facts, the Court finds that the defendant obtained $51,838.91 in
proceeds from the wire fraud scheme.

Accordingly, it is **ORDERED** that the motion of the United States is
GRANTED.

It is FURTHER **ORDERED** that, pursuant to 18 U.S.C. § 981(a)(1)(C),
28 U.S.C. § 2461(c), and Rule 32.2(b)(2), the defendant should be held jointly

CASE NO. 8:16-CR-258-T-17AEP

and severally liable with any convicted co-conspirators, including Basim Saed and Rida Saed, upon their conviction for the wire fraud scheme.

The Court retains jurisdiction to complete the forfeiture and disposition of any property belonging to the defendant that the government is entitled to seek under 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), as a substitute asset to satisfy the defendant's money judgment.

**DONE** and **ORDERED** in Tampa, Florida, on _8th_ February, 2017.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record

2