UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.     CASE NO. 8:16-CR-258-T-17AEP

BASSAM SAED.

_____/

ORDER

This cause is before the Court on:

Dkt. 160   Motion to Terminate Supervised Release
Dkt. 164   Response

Defendant Bassam Saed moves for early termination of supervised release pursuant to 18 U.S.C. Sec. 3583(e)(1). Defendant Bassam Saed seeks early termination of supervised release based on exceptionally good behavior. While on supervised release, Defendant Bassam Saed has complied with all conditions, and maintained stable residence and employment, as confirmed by Defendant Saed's United States Probation Officer.

The Government opposes Defendant Saed's Motion. The Government argues that Defendant Saed has cited nothing that justifies the relief Defendant Saed seeks, since good conduct on release is what is expected of every individual who is serving a term of supervised release. The Government argues that early termination merely rewards Defendant Saed for doing what the Court has required Defendant to do for a full term of three years.

After Defendant Saed entered into a Plea Agreement, Defendant Saed was sentenced on May 19, 2017 to a five-month term of imprisonment on Counts 3 and 30 (concurrent), a 36-month term of supervised release, restitution of $51,838.91, and a special assessment fee of $100 per count. The remaining Counts

Case No. 8:16-CR-258-T-17AEP

were dismissed on the Government's motion. A Forfeiture Money Judgment in the amount of $51,838.91 is attached to the Final Judgment. (Dkt. 129).

At sentencing, the Court granted in part and denied in part Defendant Saed's Oral Motion for variance for a probation sentence. (Dkt. 125). The Court denied Defendant's Motion for a probation sentence, but varied downward to a five-month term of imprisonment.

The Government has filed a Satisfaction of Judgment as to Defendant Bassam Saed, as to restitution and special assessment, (Dkt. 135), and as to the Forfeiture Money Judgment (Dkt. 145).

After serving a term of imprisonment, Defendant Bassam Saed was released to supervised release on November 7, 2017. In his Motion, Defendant Saed states that Defendant's Probation Officer has indicated that Defendant Saed has been a good probationer and is in compliance with all terms and conditions.

Defendant Bassam Saed has completed more than one year of Defendant's term of supervised release. Pursuant to 18 U.S.C. Sec. 3583(e)(1), I have considered the factors set forth in 18 U.S.C. Secs. 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(6), and (a)(7), and determine that in this case the termination of supervised release is warranted and is in the interest of justice. Accordingly, it is

Case No. 8:16-CR-258-T-17AEP

**ORDERED** that Defendant Bassam Saed's Motion for Early Termination of Supervised Release (Dkt. 160) is **granted**.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 19th day of February, 2019.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record
United States Probation Office